

# THE ATTORNEY GENERAL
## OF TEXAS

**AUSTIN, TEXAS 78711**

CRAWFORD C. MARTIN
ATTORNEY GENERAL

January 19, 1970

Texas Industrial Acccident
  Board
State Insurance Building
Austin, Texas  78701

Gentlemen:

Opinion No. M- 558

Re:  Effective date of Senate
     Bill 21, Acts of the 61st
     Legislature, 2nd C.S.,
     1969, Ch. 22, p. 87.

Your request for an opinion reads as follows:

"We do hereby request your opinion as to the effective date of Senate Bill 21, 61st Legislature, Second Called Session, 1969, as signed by the Governor on September 19, 1969."

Section 39 of Article III of the Constitution of Texas provides:

"No law passed by the Legislature, except the general appropriation act, shall take effect or go into force until ninety days after the adjournment of the session at which it was enacted, unless in case of emergency, which emergency must be expressed in a preamble or in the body of the act, the Legislature shall, by a vote of two-thirds of all the members elected to each House, otherwise direct; said vote to be taken by yeas and nays, and entered upon the journals."

Under the above quoted constitutional provision, the Legislature in prescribing an effective date prior to the expiration of ninety days after adjournment must pass the act by a vote of two-thirds of all the members of each House, and that vote is to be entered upon the journals. Copus v. Chorn, 16 Tex. 209, 150 S.W.2d 70 (1941); Popham v. Patterson, 121 Tex. 615, 51 S.W.2d 680 (1932); Caples v. Cole, 129 Tex. 370, 102 S.W.2d 173 (1937).

Senate Bill 21, Acts of the 61st Legislature, 2nd C.S., 1969, Ch. 22, p. 87, passed the Senate on September 6, 1969, by

a record vote of 29 yeas and no nays, and passed the House on September 8, 1969, by a record vote of 136 yeas and no nays. The above recorded votes constitute two-thirds of all the members of each House within the meaning of Section 39 of Article III of the Constitution of Texas.

The provisions of the above quoted Section 39 having been complied with, Senate Bill 21 became effective in accordance with the provisions of the emergency clause, which reads, in part, as follows: ". . . this Act shall take effect and be in force from and after its passage, and it is so enacted."

"Date of passage" has been construed by the judiciary of this State to mean the date the act becomes operative as a law. Scales v. Marshall, 96 Tex. 140, 70 S.W. 945 (1902); Galveston, H. & S.A. Ry. Co. v. State, 81 Tex. 572, 17 S.W. 67 (1891); Calvert v. General Asphalt Co., 409 S.W.2d 935 (Tex.Civ. App. 1966, no writ).

In the instant case the Governor, pursuant to the provisions of Section 14 of Article IV of the Constitution of Texas, signed Senate Bill 21 on September 19, 1969. Therefore, the effective date when the Act became operative is September 19, 1969.

## S U M M A R Y

The effective date of Senate Bill 21, Acts of the 61st Legislature, 2nd C.S., 1969, Ch. 22, p. 87, is September 19, 1969.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

Texas Industrial Accident Board, page 3 (M-558)

Sam Jones
James Quick
Fielding Early
Ronald Luna

MEADE F. GRIFFIN
Staff Legal Assistant

NOLA WHITE
First Assistant